THE CHURCH OF SCIENTOLOGY OF BOSTON, INC. *vs*. DISTRICT ATTORNEY FOR THE SUFFOLK DISTRICT. February 21, 1980. Our in camera review of the documents examined by the judge leads to the conclusion that the action was properly dismissed for the reasons given by the judge. See *Bougas* v. *Chief of Police of Lexington*, 371 Mass. 59, 61-66 (1976).

*Judgment affirmed.*

*Ralph Warren Sullivan* for the plaintiff.
*Michael J. Traft*, Assistant District Attorney, for the defendant.